**Rule 1905.  Investment Advisory Board.**

(a)  **General.** There is hereby established the Investment Advisory Board ("Board"), which shall consist of **[eight] nine voting** members. The Supreme Court shall appoint **[four (4)] five** members **and the Board's chair**. The Disciplinary Board of the Supreme Court, the Pennsylvania Lawyers Fund for Client Security Board, the Pennsylvania Continuing Legal Education Board and the Pennsylvania Board of Law Examiners ("the program boards") shall each appoint one **[(1)]** member to serve on the Board. The Court Administrator **and Counsel to the Supreme Court** shall serve as **[an]** ex officio member**s** to the Board. All members of the Board shall serve at the pleasure of the Supreme Court. **[The Board shall annually designate its chair.]**

(b)  **Qualifications. To the extent possible, [A]all** appointees to the Board shall possess knowledge and expertise in investments and knowledge of public sector investment funds. If no current program board member is professionally qualified or able to serve on the Board, the program board will appoint a prior Board member or a non-program board member with the requisite expertise.

(c)  **Responsibilities.** The Board shall provide recommendations to the Supreme Court with regard to the development and implementation of an investment policy for the program boards that will maximize investment yields while minimizing risk. In addition, the Board shall provide oversight and monitoring of the activity of the investment portfolios. On a fiscal year basis, the Board shall provide the Supreme Court with a review of its activities and appropriate recommendations for further action. The Board's fiscal year shall begin on July 1 and end on June 30.

(d)  **Procedure.** All actions of the Board shall be determined by majority vote. The Court Administrator of Pennsylvania will have no voting power except in the case of a tie. **Counsel to the Supreme Court will serve as a non-voting member.**

(e)  **Administrative.** The Administrative Office of Pennsylvania Courts shall provide necessary administrative assistance to the Board and shall pay the cost thereof as well as the necessary travel and other expenses of the members of the Board, all staff and any representative of the Supreme Court. The AOPC shall be reimbursed by the program boards for their pro rata share of necessary travel and other expenses.

(f)  **Immunity.** Members of the Board, its staff and any other representative of the Supreme Court to the Board shall be immune from civil suit for any conduct in the course of their official duties. Legal costs incurred by Board members in defense of such matters will be borne by the Board but passed

through to the program boards in accordance with Rule 1905(e). Such costs must be approved by the Board prior to being obligated for payment or reimbursement.

**Comment:** In 2001, the Supreme Court asked the Administrative Office of Pennsylvania Courts to review the investment activities of the Court's three affiliated boards (the Disciplinary Board, Pennsylvania Lawyers Fund for Client Security and the Pennsylvania Continuing Legal Education Board) and to make recommendations for the improved investment stability, performance, operation and cost efficiencies of the boards' investments. Following collection of information and consultation with investment advisors, the AOPC recommended the formation of an Investment Advisory Board to assist the Supreme Court in its oversight and consolidation of investment portfolios that would enhance returns and reduce investment fees. In 2007 the Pennsylvania Board of Law Examiners became a program board member.